# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLD SPRING HARBOR LABORATORY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| GUARDANT HEALTH, INC., | ) ) |
| Defendant. | ) ) |

C.A. No. 25-263-JCG

**JURY TRIAL DEMANDED**

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for Plaintiff to serve its Disclosure of Asserted Claims and Infringement Contentions (D.I. 18 ¶ 2) is extended through and including July 11, 2025.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Defendant to file a Reply Brief in Support of its Motion to Dismiss is extended through and including July 2, 2025.

| | |
|---|---|
| _/s/ Sara M. Metzler_ | _/s/ Brian E. Farnan_ |
| Kelly E. Farnan (#4395) | Brian E. Farnan (Bar No. 4089) |
| Sara M. Metzler (#6509) | Michael J. Farnan (Bar No. 5165) |
| Richards, Layton & Finger, P.A. | FARNAN LLP |
| One Rodney Square | 919 N. Market Str., 12th Floor |
| 920 N. King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel: (302) 777-0300 |
| (302) 651-7700 | bfarnan@farnanlaw.com |
| farnan@rlf.com | mfarnan@farnanlaw.com |
| metzler@rlf.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

Dated: June 24, 2025

       SO ORDERED this _____ day of June, 2025.

 

_____

Jennifer Choe-Groves
U.S. District Court Judge*

_____

\* Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.